NATHAN S. DEAVER, ESQ.
Nevada Bar No. 11947
BRICE J. CRAFTON, ESQ.
Nevada Bar No. 10558
**DEAVER | CRAFTON**
810 E. Charleston Blvd.
Las Vegas, NV 89104
shannon@deavercrafton.com
Tel. (702)385-5969
Fax. (702)385-6939
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EDWARD ALLEN READ,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID ABDREW KING; DECKER TRUCK LINE, INC., a Foreign Corporation; KRISTOPHER GARY BARON; SELLAND AUTO TRANSPORT, INC. a Foreign Corporation; DOES I through X, inclusive and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-00280-RFB-CWH |

## STIPULATION AND ORDER TO EXTEND DEADLINE

## FOR PLAINTIFF TO FILE THEIR OPPOSITION TO DEFENDANT'S

## MOTION FOR LEAVE TO FILE THIRD PARTY ACTION

Defendants, KRISTOPHER GARY BARON and SELLAND AUTO TRANSPORT, INC., by and through their attorneys of record BYRON L. AMES, ESQ., and SCOTT L. SMITH, ESQ., and Plaintiff, EDWARD ALLEN READ, by and through his attorneys of record NATHAN S. DEAVER, ESQ., and BRICE J. CRAFTON, ESQ., hereby submit this Stipulation and Order

- 1 -

to Extend Deadline for Plaintiff to File Their Opposition to Defendants' Motion for Leave to File Third Party Action.

Plaintiff's attorney, BRICE J. CRAFTON, will be out of town when the Opposition to Defendants' Motion for Leave to File Third Party Action is due on October 25, 2019. Therefore, Plaintiff and Defendants have agreed that the deadline for the Opposition be extended to November 8, 2019.

DATED this 18th day of October, 2019.    DATED this 18th day of October, 2019.

**AMES & AMES, LLP.**    **DEAVER | CRAFTON**

/s/ SCOTT L. SMITH, ESQ.    /s/ BRICE J. CRAFTON, ESQ.

BYRON L. AMES, ESQ.    BRICE J. CRAFTON, ESQ.
Nevada Bar No. 7581    Nevada Bar No. 10558
SCOTT L. SMITH    NATHAN S. DEAVER, ESQ.
Nevada Bar No. 14763    Nevada Bar No. 11947
8275 S. Eastern Ave., Ste. 200-723    810 E. Charleston Blvd.
Las Vegas, NV 89123    Las Vegas, NV 89104

**ORDER**

IT IS SO ORDERED:

Dated: October 22, 2019

Daniel J. Albregts
United States Magistrate Judge